IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CLINT EUGENE WOODS,**

           Petitioner,

    v.                          CASE NO. 18-3250-SAC

**JOEL HRABE,**

           Respondent.

## MEMORANDUM AND ORDER

This matter is before the Court on respondent's motion for an extension of time to file a response. For good cause shown, the Court grants the motion.

IT IS, THEREFORE, BY THE COURT ORDERED respondent's motion (Doc. 14) is granted and the time for filing a response is extended to and including March 4, 2020.

**IT IS SO ORDERED.**

DATED: This 29th day of January, 2020, at Topeka, Kansas.

                                                  S/ Sam A. Crow
                                                  SAM A. CROW
                                                  U.S. Senior District Judge